IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WALTER HAYNES**                                                                                           **PLAINTIFF**

v.                                    Case No.  5:12-cv-388-KGB

**RAY HOBBS, et al.**                                                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 26).  On April 10, 2013, Walter Haynes filed a document he titled "For the Objection to the Clerk of the Eastern District" (Dkt. No. 27).  The Court has considered this filing.

After a review of the Proposed Findings and Recommendations, and the objections received thereto, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects (Dkt. No. 26).  All other pending motions are hereby denied as moot.

IT IS SO ORDERED THIS the 29th day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE