IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WALTER HAYNES**                                                                                           **PLAINTIFF**

v.                                        Case No.  5:12-cv-388-KGB

**RAY HOBBS, et al.**                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this action is dismissed with prejudice.

IT IS SO ADJUDGED THIS the 29th day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE